■ In the Matter of JESSALYN T., a Child Alleged to be Abused and Neglected. WARREN COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; JAMES U., Respondent. [692 NYS2d 621] —Appeal from an order of the Family Court of Warren County (Austin, J.), entered July 13, 1998, which dismissed petitioner's application, in a proceeding pursuant to Family Court Act article 10, to adjudicate respondent's child to be abused and/or neglected.

Order affirmed, upon the opinion of Judge John Austin.

Cardona, P. J., Crew III, Yesawich Jr., Peters and Graffeo, JJ., concur. Ordered that the order is affirmed, without costs.